**STATE OF FLORIDA v. FLORIDA STATE IMPROVEMENT COMMISSION, an Agency of the State of Florida.**

31 So. (2nd) 554                      June Term, 1947
July 22, 1947                  Special Division B

*Dwight L. Rogers, Jr.,* for appellant.

*B. A. Meginniss, M. R. McDonald, John U. Lloyd* and *G. Warren Sanchez,* for appellees.

PER CURIAM:

Affirmed by opinion and judgment in case of State of Florida v. Florida State Improvement Commission, an appeal from Suwannee County, this day filed.

THOMAS, C. J., BUFORD and BARNS, JJ., and TAYLOR, Associate Justice, concur.